UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 3 1 2021

| | |
|---|---|
| DANIEL GARCIA,<br><br>                    Plaintiff,<br><br>         -against-<br><br>THOMAS, CORRECTIONAL OFFICER;<br>GUERRA, CAPTAIN; JOSEPH, C.O.;<br>BLATZ, ASSISTANT WARD DEPT.,<br><br>                    Defendants. | 21-CV-0636 (GBD)<br><br>ORDER OF SERVICE |

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Correction Officers Thomas and Joseph, Captain Guerra, and Assistant Deputy Warden Blatz waive service of summons.

SO ORDERED.

Dated: March 31, 2021
       New York, New York

_____
GEORGE B. DANIELS
United States District Judge