UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2023
```

DANIEL GARCIA,

                Plaintiff,

-against-

THOMAS, et al.,

                Defendants.

21-CV-636 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    *Pro se* plaintiff Daniel Garcia failed to appear at today's status conference. For the reasons stated on the record during the conference, defendants shall file their motion to dismiss this action pursuant to Fed. R. Civ. P. 41(b) no later than **February 10, 2023**.

Dated: New York, New York
       January 13, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**