UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/07/2023
```

DANIEL GARCIA,

        Plaintiff,

-against-

C.O. THOMAS, et al.,

        Defendants.

21-CV-636 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of defendants' motion to dismiss this action pursuant to Fed. R. Civ. P. 41(b) (Dkt. 53). Plaintiff shall file his opposition to the motion no later than **March 6, 2023**. Defendants' reply, if any, shall be filed no later than **March 20, 2023**.

**Should plaintiff fail to file a timely opposition, the motion will be considered unopposed**.

Dated: New York, New York
       February 7, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**