UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL GARCIA,

    Plaintiff,

    -against-

THOMAS, et al.,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/21/2023
```

21-CV-636 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On February 6, 2023, defendants filed a motion to dismiss and served its motion papers on the *pro se* plaintiff by U.S. mail. (Dkts. 53-54.)

    Pursuant to Local Civil Rule 6.1(b), plaintiff's response was due on February 20, 2023. As of March 21, 2023, plaintiff has not filed any response to defendants' motion to dismiss.

    In light of the plaintiff's *pro se* status, the Court, *sua sponte*, EXTENDS plaintiff's time to respond to defendants' motion to dismiss until **April 18, 2023**. Plaintiff's response should be clearly labelled as such, and should fairly meet the substance of defendants' motion to dismiss.

    **<u>If plaintiff fails to respond to defendant's motion to dismiss by April 18, 2023, the Court will treat the motion as unopposed and may dismiss the case.</u>**

    Plaintiff is further advised that if his address has changed it is his responsibility to provide the Court with accurate and updated contact information, in writing.

    The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* plaintiff.

Dated: New York, New York
       March 21, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**